LAW OFFICE OF DANIEL MARKS
DANIEL MARKS, ESQ.
Nevada State Bar No. 002003
ADAM LEVINE, ESQ.
Nevada State Bar No. 004673
610 South Ninth Street
Las Vegas, Nevada 89101
(702) 386-0536: FAX (702) 386-6812
*Attorneys for Plaintiff Anthony Russo*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL M. BURGESS, an individual; ANTHONY RUSSO, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CLARK COUNTY SCHOOL DISTRICT, a political subdivsion; EDWARD GOLDMAN, an individual; JAMES KETSAA, an individual; CHRISTOPHER KLEMP, an individual,<br><br>Defendants.<br>_____/ | Case No.: 2:17-cv-00805-GMN-VCF<br><br>**STIPULATION TO EXTEND PLAINTIFF ANTHONY RUSSO'S RESPONSE TO THE DEFENDANT'S MOTION TO DISMISS RUSSO'S CLAIM FOR VIOLATION OF DUE PROCESS [Doc #10] AND PLAINTIFF DANIEL BURGESS' RESPONSE TO DEFENDANT'S MOTION TO DISMISS BURGESS' CLAIMS [Doc #9]**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED between the parties, by and through their undersigned counsel, as counsel for Plaintiff Anthony Russo is undergoing emergency surgery and will be out of the office for a few days. In addition to multiple arbitrations SEIU Local 1107 v. Clark County and SEIU Local 1107 (Tanya Thomas) v. Clark County, hearings which include a Step 2, a Motion to Confirm Arbitration Award, the calendar call and a week-long trial in the Eighth Judicial

///
///
///

1

District Court set to occur this month the Plaintiffs' Responses to Defendant's Motions to Dismiss [Docs # 9 & 10] shall be extended for a period of 32 days from June 9, 2017 to **July 11, 2017** as the 30th day falls on a Saturday.

DATED this 2nd day of June, 2017.

LAW OFFICE OF DANIEL MARKS

/s/ Adam Levine, Esq.
DANIEL MARKS, ESQ.
Nevada State Bar No. 002003
ADAM LEVINE, ESQ.
Nevada State Bar No. 004673
610 South Ninth Street
Las Vegas, Nevada 89101
*Attorneys for Plaintiff Anthony Russo*

DATED this 2nd day of June, 2017.

MAIER GUTIERREZ AYON

/s/ Jason R. Maier. Esq.
JOSEPH A GUTIERREZ, ESQ.
Nevada State Bar No. 009046
JASON R. MAIER, ESQ.
Nevada State Bar No. 008557
8816 Spanish Ridge Avenue
Las Vegas, Nevada 89148
*Attorneys for Plaintiff Daniel M. Burgess*

DATED this 2nd day of June, 2017.

GREENBERG TRAURIG, LLP

/s/ Kara B. Hendricks, Esq. ,
MARK E. FERRARIO, ESQ.
Nevada State Bar No. 001625
KARA B. HENDRICKS, ESQ.
Nevada State Bar No. 007743
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
*Attorneys for Defendants*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE

DATED this 9 day of June, 2017.