# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL M. BURGESS, et al., | Case No. 2:17-cv-0805-GMN-VCF |
| Plaintiff(s), | |
| vs. | ORDER |
| CLARK COUNTY SCHOOL DISTRICT, et al., | (Docket No. 14) |
| Defendant(s). | |

Pending before the Court is a motion to excuse the attendance of Defendants Edward Goldman, James Ketsaa, and Christopher Klemp from the Early Neutral Evaluation currently scheduled for July 25, 2017. Docket No. 14. Any response shall be filed no later than June 13, 2017.

IT IS SO ORDERED.

Dated: June 9, 2017.

_____
Nancy J. Koppe
United States Magistrate Judge