# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL M. BURGESS, et al., | Case No. 2:17-cv-0805-GMN-VCF |
| Plaintiff(s), | |
| vs. | ORDER |
| CLARK COUNTY SCHOOL DISTRICT, et al., | (Docket No. 14) |
| Defendant(s). | |

Pending before the Court is a motion to excuse the attendance of Defendants Goldman, Ketsaa, and Klemp ("Defendants") from the Early Neutral Evaluation ("ENE") currently scheduled for July 25, 2017. Docket No. 14. Plaintiffs do not oppose Defendants' request to be excused from attending the ENE. *See* Docket No. 17.

Accordingly, the Court hereby **GRANTS** the motion to excuse the attendance of Defendants from the ENE. Docket No. 14.

IT IS SO ORDERED.

Dated: June 14, 2017.

_____
Nancy J. Koppe
United States Magistrate Judge