1 LAW OFFICE OF DANIEL MARKS
DANIEL MARKS, ESQ.
2 Nevada State Bar No. 002003
ADAM LEVINE, ESQ.
3 Nevada State Bar No. 004673
610 South Ninth Street
4 Las Vegas, Nevada 89101
(702) 386-0536: FAX (702) 386-6812
5 *Attorneys for Plaintiff Anthony Russo*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL M. BURGESS, an individual; ANTHONY RUSSO, an individual, | Case No.: 2:17-cv-00805-GMN-VCF |
| Plaintiff, | **STIPULATION TO EXTEND THE DEADLINE FOR FILING OF A ~~PROPOSED~~ DISCOVERY PLAN AND SCHEDULING ORDER** |
| v. | |
| CLARK COUNTY SCHOOL DISTRICT, a political subdivsion; EDWARD GOLDMAN, an individual; JAMES KETSAA, an individual; CHRISTOPHER KLEMP, an individual, | (First Request) |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED between the parties, by and through their undersigned counsel, the current deadline of Monday, July 10, 2017 to file the Proposed Stipulated Discovery Plan and Scheduling Order be extended for a period of 30 days.

This extension is requested in good faith and not for purposes of delay. The parties are currently scheduled for an Early Neutral Evaluation on July 25, 2017 and immediately thereafter Plaintiff Anthony Russo's counsel is scheduled for a week-long vacation.

///

1

This extension will make the Proposed Discovery Plan and Scheduling Order due on **Wednesday, August 9, 2017.**

DATED this 10th day of July, 2017.

LAW OFFICE OF DANIEL MARKS

   /s/ Adam Levine, Esq.
DANIEL MARKS, ESQ.
Nevada State Bar No. 002003
ADAM LEVINE, ESQ.
Nevada State Bar No. 004673
610 South Ninth Street
Las Vegas, Nevada 89101
*Attorneys for Plaintiff Anthony Russo*

DATED this 10th day of July, 2017.

MAIER GUTIERREZ & ASSOCIATES

   /s/ Jason R. Maier. Esq.
JOSEPH A GUTIERREZ, ESQ.
Nevada State Bar No. 009046
JASON R. MAIER, ESQ.
Nevada State Bar No. 008557
8816 Spanish Ridge Avenue
Las Vegas, Nevada 89148
*Attorneys for Plaintiff Daniel M. Burgess*

DATED this 10th day of July, 2017.

GREENBERG TRAURIG, LLP

   /s/ Kara B. Hendricks, Esq.           ,
MARK E. FERRARIO, ESQ.
Nevada State Bar No. 001625
KARA B. HENDRICKS, ESQ.
Nevada State Bar No. 007743
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
*Attorneys for Defendants*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED this 11th day of July, 2017.