MARK E. FERRARIO
Nevada Bar No. 1625
ferrariom@gtlaw.com
KARA B. HENDRICKS
Nevada Bar No. 7743
hendricksk@gtlaw.com
GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Fax: (702) 792-9002

*Attorneys for Defendants
Clark County School District,
Edward Goldman, James Ketsaa and
Christopher Klemp*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL M. BURGESS, an individual; ANTHONY RUSSO, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>CLARK COUNTY SCHOOL DISTRICT, a political subdivision; EDWARD GOLDMAN, an individual; JAMES KETSAA, an individual; CHRISTOPHER KLEMP, an individual,<br><br>Defendants. | Case No. 2:17-cv-00805-GMN-VCF<br><br>**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS TO FILE REPLIES IN SUPPORT OF THEIR MOTIONS TO DISMISS**<br><br>**(First Request)** |

It is hereby STIPULATED AND AGREED between the parties, by and through their undersigned counsel, that Clark County School District ("CCSD"), Edward Goldman, James Ketsaa, and Christopher Klemp (collectively, "Defendants"), will have an additional two weeks to file their reply in support of their motions to dismiss the plaintiffs' claims, to and including **July 28, 2017** as to Plaintiff Russo, and to and including **August 1, 2017** as to Plaintiff Burgess, as primary counsel for Defendants has been out of the office for an extended period of time. Additionally, the parties will be participating in an Early Neutral Evaluation Session on July 25, 2017, which may impact the relevant issues. Defendants' motions were filed on May 26, 2017 (ECF No. 9, 10).

1

*LV 420948873v1 120810.011700*

Pursuant to a stipulated extension of time, Plaintiffs' oppositions are due July 11, 2017. Plaintiff Russo filed his opposition on July 7, 2017 (ECF No. 19). It is expected that Plaintiff Burgess will file his opposition on July 11, 2017. This is the first extension of time to file the reply briefs.

DATED this 11th day of July, 2017.

GREENBERG TRAURIG, LLP

　　　/s/ Kara B. Hendricks
MARK E. FERRARIO, ESQ.
Nevada Bar No. 1625
KARA B. HENDRICKS, ESQ.
Nevada Bar No. 7743
3773 Howard Hughes Parkway, Suite 400 N
Las Vegas, NV 89169
*Counsel for Defendants*

DATED this 11th day of July, 2017.

MAIER GUTIERREZ & ASSOCIATES

　　　/s/ Jason R. Maier
JOSEPH A. GUTIERREZ, ESQ.
Nevada Bar No. 9046
JASON R. MAIER, ESQ.
Nevada Bar No. 8557
8816 Spanish Ridge Avenue
Las Vegas, NV 89148
*Counsel for Plaintiff Daniel M. Burgess*

DATED this 11th day of July, 2017.

LAW OFFICE OF DANIEL MARKS

　　　/s/ Adam Levine
DANIEL MARKS, ESQ.
Nevada Bar No. 2003
ADAM LEVINE, ESQ.
Nevada Bar No. 4673
610 South Ninth St.
Las Vegas, NV 89101
*Counsel for Plaintiff Anthony Russo*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED this __20__ day of July, 2017.

2

Greenberg Traurig, LLP
3773 Howard Hughes Parkway - Suite 400 North
Las Vegas, Nevada 89109
(702) 792-3773
(702) 792-9002 (fax)

LV 420948873v1 120810.011700