MARK E. FERRARIO
Nevada Bar No. 1625
ferrariom@gtlaw.com
KARA B. HENDRICKS
Nevada Bar No. 7743
hendricksk@gtlaw.com
GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada  89169
Telephone:   (702) 792-3773
Fax:              (702) 792-9002

*Attorneys for Defendants
Clark County School District,
Edward Goldman, James Ketsaa and
Christopher Klemp*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL M. BURGESS, an individual; ANTHONY RUSSO, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>CLARK COUNTY SCHOOL DISTRICT, a political subdivision; EDWARD GOLDMAN, an individual; JAMES KETSAA, an individual; CHRISTOPHER KLEMP, an individual,<br><br>Defendants. | Case No. 2:17-cv-00805-GMN-VCF<br><br>**STIPULATION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS BURGESS' CLAIMS**<br><br>**(Second Request)** |

It is hereby **STIPULATED AND AGREED** between Plaintiff Daniel M. Burgess ("Burgess") and Defendants, by and through their undersigned counsel, that Defendants will have additional time to file their reply in support of their motion to dismiss Burgess' claims up to and including **August 30, 2017**. This extension is requested as the Early Neutral Evaluation Session held on July 25, 2017 resulted in meaningful settlement discussions, and the parties wish to avoid incurring additional costs and fees while they actively pursue settlement. A status check regarding settlement is currently scheduled for August 16, 2017. This extension provides two weeks following the status check for Defendants to file the reply. Defendants' motion to dismiss Burgess'

1

*LV 420958071v2 120810.011700*

1  claims was filed on May 26, 2017 (ECF No. 10).  Pursuant to stipulated extensions of time, Plaintiff
2  Burgess filed his opposition on July 11, 2017, and Defendants' reply is currently due on August 1,
3  2017.  This is the second request for an extension of time to file the Burgess reply.
4       The above stipulated extensions do not affect the deadlines for Defendants' reply in support
5  of its motion to dismiss the claim of the other plaintiff, Anthony Russo.

DATED this 28th day of July, 2017.

GREENBERG TRAURIG, LLP

   */s/ Kara B. Hendricks*
MARK E. FERRARIO, ESQ.
Nevada Bar No. 1625
KARA B. HENDRICKS, ESQ.
Nevada Bar No. 7743
3773 Howard Hughes Parkway, Suite 400 N
Las Vegas, NV 89169
*Counsel for Defendants*

DATED this 28th day of July, 2017.

MAIER GUTIERREZ & ASSOCIATES

   */s/ Jason R. Maier*
JOSEPH A. GUTIERREZ, ESQ.
Nevada Bar No. 9046
JASON R. MAIER, ESQ.
Nevada Bar No. 8557
8816 Spanish Ridge Avenue
Las Vegas, NV 89148
*Counsel for Plaintiff Daniel M. Burgess*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED this __28__ day of July, 2017.

**IT IS FUTHER ORDERED** that the Stipulation for Extension of Time, (ECF No. 28), is **DENIED** as improperly filed.

2

*LV 420958071v2 120810.011700*