MARK E. FERRARIO
Nevada Bar No. 1625
ferrariom@gtlaw.com
KARA B. HENDRICKS
Nevada Bar No. 7743
hendricksk@gtlaw.com
GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Fax: (702) 792-9002

*Attorneys for Defendants*
*Clark County School District,*
*Edward Goldman, James Ketsaa and*
*Christopher Klemp*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| DANIEL M. BURGESS, an individual; ANTHONY RUSSO, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> CLARK COUNTY SCHOOL DISTRICT, a political subdivision; EDWARD GOLDMAN, an individual; JAMES KETSAA, an individual; CHRISTOPHER KLEMP, an individual, <br><br> Defendants. | Case No. 2:17-cv-00805-GMN-VCF <br><br> **STIPULATION FOR EXTENSION OF TIME TO FILE DISCOVERY PLAN/SCHEDULING ORDER** <br><br> **(Second Request)** |

It is hereby **STIPULATED AND AGREED** between Plaintiff Daniel M. Burgess ("Burgess") and Defendants, by and through their undersigned counsel, that the parties will have additional time to submit their proposed discovery plan up to and including **August 30, 2017**. This extension is requested as the Early Neutral Evaluation Session held on July 25, 2017 resulted in meaningful settlement discussions, and the parties wish to avoid incurring additional costs and fees while they actively pursue settlement. The proposed discovery plan/scheduling order is currently due August 9, 2017. This is the second request for an extension of time to file the proposed discovery plan/scheduling order.

1

*LV 420958801v1 120810.011700*

The above stipulated extensions do not affect the deadlines relating to plaintiff, Anthony Russo. Plaintiff Russo and Defendants will proceed in the ordinary course as to all scheduled deadlines.

DATED this 28th day of July, 2017.          DATED this 28th day of July, 2017.

GREENBERG TRAURIG, LLP                      MAIER GUTIERREZ & ASSOCIATES

*/s/ Kara B. Hendricks*                     */s/ Jason R. Maier*
MARK E. FERRARIO, ESQ.                      JOSEPH A. GUTIERREZ, ESQ.
Nevada Bar No. 1625                         Nevada Bar No. 9046
KARA B. HENDRICKS, ESQ.                     JASON R. MAIER, ESQ.
Nevada Bar No. 7743                         Nevada Bar No. 8557
3773 Howard Hughes Parkway, Suite 400 N     8816 Spanish Ridge Avenue
Las Vegas, NV 89169                         Las Vegas, NV 89148
*Counsel for Defendants*                    *Counsel for Plaintiff Daniel M. Burgess*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

Dated: July 31, 2017

LV 420958801v1 120810.011700