MARK E. FERRARIO
Nevada Bar No. 1625
ferrariom@gtlaw.com
KARA B. HENDRICKS
Nevada Bar No. 7743
hendricksk@gtlaw.com
GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Fax: (702) 792-9002

*Attorneys for Defendants*
*Clark County School District,*
*Edward Goldman, James Ketsaa and*
*Christopher Klemp*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| DANIEL M. BURGESS, an individual; ANTHONY RUSSO, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> CLARK COUNTY SCHOOL DISTRICT, a political subdivision; EDWARD GOLDMAN, an individual; JAMES KETSAA, an individual; CHRISTOPHER KLEMP, an individual, <br><br> Defendants. | Case No. 2:17-cv-00805-GMN-VCF <br><br> **STIPULATION FOR EXTENSION OF TIME TO FILE DISCOVERY PLAN/SCHEDULING ORDER** <br><br> **(Third Request)** |

It is hereby **STIPULATED AND AGREED** between Plaintiff Daniel M. Burgess ("Burgess") and Defendants, by and through their undersigned counsel, that the parties will have additional time to submit their proposed discovery plan up to and including **September 25, 2017**. This extension is requested as the parties are currently attempting to finalize a settlement agreement, and wish to avoid incurring additional costs and fees while they actively pursue settlement. This Court has provided the parties until September 25, 2017 to file a stipulation dismissing the action. *See* ECF No. 39. This extension allows the parties the same timeframe in which to file the discovery plan/scheduling order. The proposed discovery plan/scheduling order is currently due

1

*LV 420973666v1 120810.011700*

August 30, 2017. This is the third request for an extension of time to file the proposed discovery plan/scheduling order, as settlement discussions have been ongoing.

The above-stipulated extension does not affect ongoing proceedings in this case involving the other plaintiff, Anthony Russo.

DATED this 29th day of August, 2017.  DATED this 29th day of August, 2017.

GREENBERG TRAURIG, LLP  MAIER GUTIERREZ & ASSOCIATES

  */s/ Kara B. Hendricks*  */s/ Jason R. Maier*
MARK E. FERRARIO, ESQ.  JOSEPH A. GUTIERREZ, ESQ.
Nevada Bar No. 1625  Nevada Bar No. 9046
KARA B. HENDRICKS, ESQ.  JASON R. MAIER, ESQ.
Nevada Bar No. 7743  Nevada Bar No. 8557
3773 Howard Hughes Parkway, Suite 400 N  8816 Spanish Ridge Avenue
Las Vegas, NV 89169  Las Vegas, NV 89148
*Counsel for Defendants*  *Counsel for Plaintiff Daniel M. Burgess*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE
Dated: August 31, 2017

2