MARK E. FERRARIO
Nevada Bar No. 1625
ferrariom@gtlaw.com
KARA B. HENDRICKS
Nevada Bar No. 7743
hendricksk@gtlaw.com
GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Fax: (702) 792-9002

*Attorneys for Defendants*
*Clark County School District,*
*Edward Goldman, James Ketsaa and*
*Christopher Klemp*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL M. BURGESS, an individual; ANTHONY RUSSO, an individual,<br><br>Plaintiffs,<br>vs.<br><br>CLARK COUNTY SCHOOL DISTRICT, a political subdivision; EDWARD GOLDMAN, an individual; JAMES KETSAA, an individual; CHRISTOPHER KLEMP, an individual,<br><br>Defendants. | Case No. 2:17-cv-00805-GMN-VCF<br><br>**STIPULATION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS BURGESS' CLAIMS**<br><br>**(Third Request)** |

It is hereby **STIPULATED AND AGREED** between Plaintiff Daniel M. Burgess ("Burgess") and Defendants, by and through their undersigned counsel, that Defendants will have additional time to file their reply in support of their motion to dismiss Burgess' claims up to and including **September 25, 2017**. This extension is requested as the parties are currently attempting to finalize a settlement agreement, and wish to avoid incurring additional costs and fees while they actively pursue settlement. This Court has provided the parties until September 25, 2017 to file a stipulation dismissing the action. *See* ECF No.39. This extension allows Defendants the same timeframe in which to file the reply. Defendants' motion to dismiss Burgess' claims was filed on

1

*LV 420973663v1 120810.011700*

Greenberg Traurig, LLP
3773 Howard Hughes Parkway - Suite 400 North
Las Vegas, Nevada 89169
(702) 792-3773
(702) 792-9002 (fax)

May 26, 2017 (ECF No. 10). Pursuant to stipulated extensions of time, Plaintiff Burgess filed his opposition on July 11, 2017, and Defendants' reply is currently due on August 30, 2017. This is the third request for an extension of time to file the Burgess reply, as settlement discussions have been ongoing.

The above-stipulated extension does not affect ongoing proceedings in this case involving the other plaintiff, Anthony Russo.

DATED this 29th day of August, 2017.   DATED this 29th day of August, 2017.

GREENBERG TRAURIG, LLP   MAIER GUTIERREZ & ASSOCIATES


   /s/ Kara B. Hendricks                          /s/ Jason R. Maier
MARK E. FERRARIO, ESQ.   JOSEPH A. GUTIERREZ, ESQ.
Nevada Bar No. 1625   Nevada Bar No. 9046
KARA B. HENDRICKS, ESQ.   JASON R. MAIER, ESQ.
Nevada Bar No. 7743   Nevada Bar No. 8557
3773 Howard Hughes Parkway, Suite 400 N   8816 Spanish Ridge Avenue
Las Vegas, NV 89169   Las Vegas, NV 89148
*Counsel for Defendants*   *Counsel for Plaintiff Daniel M. Burgess*

**IT IS SO ORDERED.**

Signed this   31   day of August, 2017.

_____
GLORIA M. NAVARRO, CHIEF JUDGE
UNITED STATES DISTRICT COURT

2

LV 420973663v1 120810.011700