MARK E. FERRARIO
Nevada Bar No. 1625
ferrariom@gtlaw.com
KARA B. HENDRICKS
Nevada Bar No. 7743
hendricksk@gtlaw.com
GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Fax: (702) 792-9002

*Attorneys for Defendants
Clark County School District,
Edward Goldman, James Ketsaa and
Christopher Klemp*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL M. BURGESS, an individual; ANTHONY RUSSO, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>CLARK COUNTY SCHOOL DISTRICT, a political subdivision; EDWARD GOLDMAN, an individual; JAMES KETSAA, an individual; CHRISTOPHER KLEMP, an individual,<br><br>Defendants. | Case No. 2:17-cv-00805-GMN-VCF<br><br>**STIPULATION AND ORDER TO DISMISS CLAIMS FILED BY DANIEL M. BURGESS WITH PREJUDICE** |

It is hereby **STIPULATED AND AGREED** between Plaintiff Daniel M. Burgess ("Burgess") and Defendants, the Clark County School District ("CCSD"), Edward Goldman, James Ketsaa and Christopher Klemp ("Defendants") that in accordance with Fed.R.Civ.P. 41(a)(2), all claims asserted against Defendants by Burgess herein are dismissed with prejudice.

/ / /

/ / /

/ / /

/ / /

1

*LV 420988116v1 120810.011700*

Greenberg Traurig, LLP
3773 Howard Hughes Parkway - Suite 400 North
Las Vegas, Nevada 89169
(702) 792-3773
(702) 792-9002 (fax)

The above-stipulated extension does not affect ongoing proceedings in this case involving the other plaintiff, Anthony Russo.

DATED this 25th day of September, 2017.    DATED this 25th day of September, 2017.

GREENBERG TAURIG, LLP    MAIER GUTIERREZ & ASSOCIATES

*/s/ Kara B. Hendricks*    */s/ Jason R. Maier*
MARK E. FERRARIO, ESQ.    JOSEPH A. GUTIERREZ, ESQ.
Nevada Bar No. 1625    Nevada Bar No. 9046
KARA B. HENDRICKS, ESQ.    JASON R. MAIER, ESQ.
Nevada Bar No. 7743    Nevada Bar No. 8557
3773 Howard Hughes Parkway, Suite 400 N    8816 Spanish Ridge Avenue
Las Vegas, NV 89169    Las Vegas, NV 89148
*Counsel for Defendants*    *Counsel for Plaintiff Daniel M. Burgess*

**IT IS SO ORDERED.**

DATED this ___26___ day of September, 2017

_____
GLORIA M. NAVARRO, CHIEF JUDGE
UNITED STATES DISTRICT COURT

2

*LV 420988116v1 120810.011700*