LAW OFFICE OF DANIEL MARKS
DANIEL MARKS, ESQ.
Nevada State Bar No. 002003
office@danielmarks.net
ADAM LEVINE, ESQ.
Nevada State Bar No. 004673
alevine@danielmarks.net
610 South Ninth Street
Las Vegas, Nevada 89101
(702) 386-0536: FAX (702) 386-6812
*Attorneys for Plaintiff Anthony Russo*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL M. BURGESS, an individual; ANTHONY RUSSO, an individual, <br><br> Plaintiff, <br><br> v. <br><br> CLARK COUNTY SCHOOL DISTRICT, a political subdivsion; EDWARD GOLDMAN, an individual; JAMES KETSAA, an individual; CHRISTOPHER KLEMP, an individual, <br><br> Defendants. _____/ | Case No.: 2:17-cv-00805-GMN-VCF <br><br> **STIPULATION TO EXTEND THE DEADLINE FOR FILING OF DISPOSITIVE MOTIONS** <br> (First Request) |

IT IS HEREBY STIPULATED AND AGREED between the parties, by and through their undersigned counsel to extend for a period of 30 days the current deadline of Monday, April 23, 2018 to file Dispositive Motions due to the fact that Plaintiff's counsel is scheduled for a five (5) day jury trial in *Mario Quesada, M.D. v. Michael Crovetti*, *M.D*, *et al*, Eighth Judicial District Court Case No. A-13-687871-C which is set on a firm setting beginning April 26, 2018. Preparations for this trial have already begun.

///

1

This extension is requested in good faith and not for purposes of delay. All other Discovery deadlines have passed and this Stipulation does not seek to extend them.

With this extension the deadline for filing Dispositive Motions will be **Wednesday, May 23, 2018.**

DATED this 11th day of April, 2018.                DATED this 11th day of April, 2018.

LAW OFFICE OF DANIEL MARKS              GREENBERG TRAURIG, LLP

/s/ Adam Levine, Esq.                                    /s/ Kara B. Hendricks, Esq.
DANIEL MARKS, ESQ.                                MARK E. FERRARIO, ESQ.
Nevada State Bar No. 002003                       Nevada State Bar No. 001625
office@danielmarks.net                                 ferrariom@gtlaw.com
ADAM LEVINE, ESQ.                                  KARA B. HENDRICKS, ESQ.
Nevada State Bar No. 004673                       Nevada State Bar No. 007743
alevine@danielmarks.net                              hendricksk@gtlaw.com
610 South Ninth Street                                   3773 Howard Hughes Pkwy., Suite 400 North
Las Vegas, Nevada 89101                             Las Vegas, Nevada 89169
*Attorneys for Plaintiff Anthony Russo*          *Attorneys for Defendants*

**IT IS SO ORDERED.**

DATED this 12 day of April, 2018.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT