# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

ANTHONY RUSSO,

    Plaintiff,

vs.

CLARK COUNTY SCHOOL DISTRICT, a political subdivision; EDWARD GOLDMAN, an individual; JAMES KETSAA, an individual,

    Defendants.

2:17-cv-00805-GMN-VCF

**ORDER**

    Before the Court are Plaintiff's Motion to File Exhibits 9-13 to Plaintiff's Motion for Summary Judgment Under Seal (ECF No. 67) and Defendants' Motion to Seal Exhibits in Support of Motion for Summary Judgment (ECF No. 74).

    Plaintiff seeks to seal Exhibits 9-15 to Plaintiff's Motion for Summary Judgment Under Seal. Defendants seek to seal Exhibit O to the Motion for Summary Judgment.

    The documents at issue in both motions are exhibits to dispositive motions (a motion for summary judgment) and as such the "compelling reasons" standard applies. Compelling reasons may exist "when such 'court files might have become a vehicle for improper purposes,' such as the use of records to gratify private spite, promote public scandal, circulate libelous statements, or release trade secrets." *Kamanakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006) (*quoting Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 598 (1978)). Here, compelling reason exist to seal Exhibits 9-15 to Plaintiff's Motion for Summary Judgment (ECF No. 68) and Defendants' Exhibit O to their Motion for Summary Judgment (ECF No. 73).

Under LR 7-2(d), the failure of an opposing party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes a consent to the granting of the motion. No opposition has been filed to either motions and the time to file an opposition has passed.

Accordingly, and for good cause shown,

IT IS HEREBY ORDERED that Plaintiff's Motion to File Exhibits 9-13 to Plaintiff's Motion for Summary Judgment Under Seal (ECF No. 67) and Defendants' Motion to Seal Exhibits in Support of Motion for Summary Judgment (ECF No. 74) are GRANTED.

DATED this 19th day of June, 2018.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE