LAW OFFICE OF DANIEL MARKS
DANIEL MARKS, ESQ.
Nevada State Bar No. 002003
office@danielmarks.net
ADAM LEVINE, ESQ.
Nevada State Bar No. 004673
alevine@danielmarks.net
610 South Ninth Street
Las Vegas, Nevada 89101
(702) 386-0536: FAX (702) 386-6812
*Attorneys for Plaintiff Anthony Russo*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL M. BURGESS, an individual; ANTHONY RUSSO, an individual, <br><br> Plaintiff, <br><br> v. <br><br> CLARK COUNTY SCHOOL DISTRICT, a political subdivsion; EDWARD GOLDMAN, an individual; JAMES KETSAA, an individual; CHRISTOPHER KLEMP, an individual, <br><br> Defendants. | Case No.: 2:17-cv-00805-GMN-VCF <br><br> **STIPULATION TO EXTEND THE DEADLINE FOR FILING OF REPLIES TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND PLAINTIFF ANTHONY RUSSO'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON THE ISSUE OF LIABILITY** <br> (First Request) |

IT IS HEREBY STIPULATED AND AGREED between the parties, by and through their undersigned counsel to extend for a period of 30 days the current deadlines are Monday, July 2, 2018 for Defendants' Reply and Thursday July 5, 2018 for Plaintiff's Reply due to Plaintiff's counsel's hearing, arbitration, briefing schedule and a preplanned vacation.

Plaintiff's counsel schedule is as follows: July 12 and 13, 2018 Arbitration in the matter of *Jeff Harper v. Las Vegas Metropolitan Police Department;* July 31 through August 2, 2018 Employee

1

Management Relations Board hearing in *Burt and Cook v. Las Vegas Metropolitan Police Department*, Case No. 2017-034; July 16, 2018 an Answer to Petition for Wirt of Mandamus or Prohibition on behalf of Respondents in *City of Mesquite v. The Eighth Judicial District Court for the State of Nevada et al.*, Nevada Supreme Court Case No. 75743 (Plaintiff's counsel represents Real Party in Interest Douglas Smaellie in this matter). Further, Plaintiff's counsel has a prior scheduled prepaid vacation the week of July 16, 2018.

The parties further stipulate that both parties' Reply be due on the same day, **Monday August 6, 2018.**

This extension is requested in good faith and not for purposes of delay.

DATED this 28th day of June, 2018.   DATED this 28th day of June, 2018.

LAW OFFICE OF DANIEL MARKS   GREENBERG TRAURIG, LLP

  /s/ Adam Levine , Esq.   /s/ Kara B. Hendricks, Esq.
DANIEL MARKS, ESQ.   MARK E. FERRARIO, ESQ.
Nevada State Bar No. 002003   Nevada State Bar No. 001625
office@danielmarks.net   ferrariom@gtlaw.com
ADAM LEVINE, ESQ.   KARA B. HENDRICKS, ESQ.
Nevada State Bar No. 004673   Nevada State Bar No. 007743
alevine@danielmarks.net   hendricksk@gtlaw.com
610 South Ninth Street   3773 Howard Hughes Pkwy., Suite 400 North
Las Vegas, Nevada 89101   Las Vegas, Nevada 89169
*Attorneys for Plaintiff Anthony Russo*   *Attorneys for Defendants*

**ORDER**

**IT IS SO ORDERED.**

DATED this __30__ day of June, 2018.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT